**[Dntcdfpp]** [District Notice of Deficient Filing Post Petition]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                           Case No. 6:19−bk−05968−CCJ
                                                                                                 Chapter 13
Parker Burdell Robinson III

Sheila Margaret Robinson

_____Debtor*_____/

NOTICE OF DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

   On September 12, 2019 the above named Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules and/or other filed papers of this Debtor. The Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the date of this notice unless otherwise noted. This case may be dismissed without further notice or hearing if the Debtor fails to timely correct the noted deficiency.

A link to updated forms is available on the Court's website at: http://www.flmb.uscourts.gov/forms/.

   The Debtor is directed to file Certificate of service correcting the noted deficiency, with proper declaration of the Debtor no later than 14 days from the date of this notice.

   The initially filed Chapter 13 Plan was filed without indication of being served on all creditors. The Debtor is directed to serve a copy of the Chapter 13 Plan upon all creditors and file proof of service within 14 days from the date of this notice.

Dated: September 30, 2019

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

   The Clerk's office is directed to serve a copy of this notice on interested parties.

   *All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.